MORRIS, APPELLEE, *v.* UNITED OHIO INSURANCE COMPANY, APPELLANT.

[Cite as *Morris v. United Ohio Ins. Co.,*
103 Ohio St.3d 462, 2004-Ohio-5706.]

(Nos. 2003–0878 and 2003–1018—Submitted October
13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded to the court of appeals for consideration of the remaining assignment of error and disposition in accordance with *Kyle v. Buckeye Union Ins. Co.,* 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Freund, Freeze & Arnold and Kevin C. Connell, for appellant.